JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BUFORD POLLARD,<br><br>Petitioner,<br><br>v.<br><br>SAN LUIS OBISPO SHERIFFS DEPT.,<br><br>Respondent. | Case No. CV 19-10707-JLS (KK)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action With Prejudice, IT IS HEREBY ADJUDGED this action is DISMISSED with prejudice.

Dated: 02/21/2020

_____
HONORABLE JOSEPHINE L. STATON
United States District Judge